

CV-16-BE-0967-S

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 JUN 13 A 11:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

Ocie Lee Lynch

Inmate Identification Number: 298338

William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL. 35023

(Enter above the full name of the plaintiff
in this action)

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Jeffrey W. Salyer

CV-16-BE-0967-S

_____

_____

(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )          No (X)

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
        same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff: _____

             _____

             Defendant(s): _____

             _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement <u>William E. Donaldson Correctional Facility</u>

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X)    No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No (X)

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not: <u>Due to the Nature of my Complaint/Lawsuit. This here Action is Against a Lawyer that was Court-Appointed to me. It doesn't have anything to do with prison Conditions or grievances. I do not think that it would matter to the staff. That's over the Prisoner grievance procedure Board.</u>

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Ocie Lee Lynch

Address William E. Donaldson C.F.
100 Warrior Lane
Bessemer, AL. 35023

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Jeffrey W. Salyer

Is employed as Lawyer (Public defender)

at 230 Bearden Road, Pelham, AL. 35124-1715

C. Additional Defendants

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Mr. Jeffrey W. Salyer caused me pain, Hardship, suffering and defamation of character due to the Lack of his duties as a Court appointed official whose soley purpose is to help those that have the Lack of knowledge in criminal Law. To help them in need to seek Justice against the state of Alabama. Not to mis-guide, mis-Represent, Falsly Represent the poor-minded people looking

4

for honest guidedance to avoid being Falsely Accused and/or Wrongfully convicted of a crime that they honestly didn't Committ. ~~the~~ Due to the Fact of Mr. Salyer ineffective Assistance of Counsel and his hidden Prejudice, Extreme bias, carelessness, → See ATTACH #1-(9)

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I had CDL Class A License. Could have been working Now driving trucks At this Present day. But due to Mr. Salyer Negligence and depriving me the chance of having honest, Trustworthy Representation. I was convicted. I want the court to order Mr. Jeffrey W. Salyer to Compensate me $350,000.00 for pain, suffering, Hardship, and defamation of Character. Having Extreme Prejudice, Straight Extreme bias, Falsely Representation, Mis. Leading me, Mis. guidance, Negligence, → See ATTACH #(10)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/09/2016

_Ocie Lee Lynch_
SIGNATURE

ADDRESS W. E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL. 35023
AIS # 298338

# IV. STATEMENT OF CLAIM

ATTACHMENTS NUMBERS #

1-9

ATTach #(1)

and Irresponsible representation toward me. It played a major in my conviction of originally <u>6</u> Counts of Captial Murder, but now <u>3</u> Counts of Captial murder with the Imposed Sentence of Life without the possibility of Parole. The victim name was <u>Robert B. Lazenby</u>, a well-known Lawyer and Citizen of Talladega County. He practice law in that County for nearly 30 years and were apart of a Talladega Law firm as partner of the Law firm Wooten, Thornton, Carpenter, O'Brien, Lazenby and Lawrence. He was found Murdered at his home in Sylacauga, AL. which is in Talladega County. By Mr. Lazenby being an Attorney, he was well-known in both Talladega and Sylacauga Courthouses which Mr. Jeffrey W. Salyer, my Trial Lawyer at the time, knew this for a fact indeed. Mr. Salyer told me that he were friends with Mr. Lazenby but it wouldn't affect his Judgement or outlook on things towards me. Mr. Salyer Said he was for me and that he would represent me to the best of his Ability and that he would Seek Justice on my behalf. That's what Mr. Salyer Said when I first meet him back in <u>mar. 2012</u> at my Preliminary Hearing which was held in Sylacauga, AL. (Sylacauga Courthouse) Appointed to me as Counsel by Judge Rumsey at this Courthouse. <u>On Oct. 13, 2013</u>... Mr. Salyer filed Several motions of Discovery on my behalf. Before these motions were filed I was Sent a letter from Mr. Salyer dated <u>April 10, 2013</u>... Stating that Judge William E. Hollingsworth, III Circuit Judge Recuse himself from my case. Next, on <u>June 26, 2013</u> dated. I Recieved Another letter stating that Judge Julian M. King, the →

ATTACH #2)

Presiding Circuit Judge had Recused himself off my case. Mr. Salyer had knowledge about filing a Change of Venue motion next on my behalf. He says it in this letter that "Our next step is to file for a Change in Venue, something we have discussed." So, Mr. Salyer knew I wanted him to file a Motion for a Change in Venue.. My trial was set for Nov. 2014.. I ask Mr. Jeffrey Salyer, what ever happened to the Status of that Change In Venue Motion.. Mr. Salyer told me it got denied. My Trial was Nov. 17, 2014 - Nov. 20th, 2014. where I was found guilty of 6 Counts of Capital Murder. Jan. 14, 2015 I was Sentenced to Life without the possibility of Parole.

ON Jan. 20, 2015, I ask for an Appeal.. On Jan. 23, 2015 it was granted. On Feb. 26, 2015.. The Court of Criminal Appeals Appointed me Attorney Mr. Johannes T. Rech II.. I meet him and we talked about Trial and Everything. So I asked my Appeal Lawyer why did the trial Court deny my Change in Venue motion? Do he know what the reasons could be? Mr. Johannes T. Rech II looked through my Court Records and Transcripts All Court documents and Told me that NO Motion for a Change in Venue was ever filed on my behalf. I told him how could that be when my trial Lawyer, Mr. Jeffrey W. Salyer told me it got denied by the Court. Mr. Rech II, my Appeal Lawyer, Said There's not one showing that A motion of Change in Venue was filed, Mr. Salyer Lied to me. That's when I Notice that he was right due to the fact I never seen Any type of paperwork on that particular motion. →

ATTACH #(3)

I got All the other Motions that Mr. Salyer filed. I was given Copies of them by Mr. Salyer. Except for that one. I feel like Mr. Jeffrey W. Salyer betrayed me and played under me, by him knowing that I don't know Criminal Law, because I never been in Trouble of this type period. He Lied to me about the most Critical Motion needed to be file on my behalf, because this Case was high-profile and the victim being a Lawyer in the Talladega County Court System and Residing in the Sylacauga Community. Mr. Salyer knew that Their was a high possibilty that I might not have a fair trial. Especially in this County and the Jury picked out of this Community. Mr. Jeffrey W. Salyer, hand me down to the District Attorney Steve Giddeons and the Assistant D.A. Christina Kilgore on a silver platter. Like I was meant to feed to the wolves. Mr. Jeffrey W. Salyer had my Life in his hands. I Trusted him on his word and As a Lawyer who was trying to help me. My mom, brother, grandma trusted him with my Life In his hands and by them Can't Afford me A Lawyer that Mr. Salyer was the one trusted to be there for me. He betrayed my family by Calling them all the time and Acting Like he was So Concern about my Life and that he is Representing me 100%... But Later on down the Road, I found out he Betrayed me, Mis-lead me, Mis-guided me. I feel like if he Lied to me about filing the most important motion in my Case then he Lied about other Issues in my Case. I feel like because the victim Mr. Robert B. Lazenby was his friend. He Righteously didn't care if I was Convicted or Not →

ATTACH #(4)

but more that I be Convicted than not Convicted. With Straight Prejudice and Extreme Hatred and Bias against me. I feel like Mr. Salyer was Never in my Corner from the beginning when I first meet him in mar. 2012. Mr. Salyer didn't put Effort in trying to Represent me Honestly. This was Just a game to him and D.A. Steve Giddeons. My Life to them was Just a game and A Joke. If Mr. Salyer Lied to me about this motion, then I know for a FACT that Everything else that possibly could have been done for the Interest of me was never done. What other motions Could have been filed that would have benefitted me? Mr. Salyer was never there for me, he was against me the whole time while I was incarcerated at Talladega County Jail and him as my defense lawyer At trial.

But Thanks to him, I am Serving A Life Without the possibility of Parole Sentence because of his Hatred, Hidden Extreme Prejudice and Bias against me. Now I am fighting to Save my own Life because Somebody who I thought and Trusted were going to be there for me represent me honestly, Truthfully, No prejudice, No Bias, No Hatred, No Carelessness Against me, but Just be Straight forward with me, but Apparently Not. Mr. Salyer, Jeffrey Abused his position as a court Appointed official, A Public defender of this Justice System. I was deprive of fair Justice and Fair Representation by him, Mr. Jeffrey W. Salyer.. Since I have been Convicted and Sent to Prison, My Life havent been the Same, Especially me Knowing that my Lawyer betrayed me. First time in prison, then I get Sent to the worst, most dangerous prison in Alabama. I get Sent to St. Clair Correctional Facility max prison Level 5. This is Not →

ATTACH #5

ATTACH #(5)

Fair to me or my family. Me and my family is Indigent and poor-minded towards having money to buy a Lawyer and having knowledge of Criminal Law. So it's not right for a person like Mr. Salyer in his position to Take advantage of a person like myself of not knowing the Law period. haven't been to Law School or Nothing in that Nature. Mr. Jeffrey W. Salyer Just Plain out Abused his position and Authority. And because of this Caliber of Extreme prejudice, I am sitting in prison for the rest of my Life. If I don't fight for the Justice that I deserve, then who will do it. This problem has Costed me and my family a great amount of pain, Suffering and Hardship. It has Also defiled my Name and Character in my Community. People that know who I am. People who have raised me in the Community since I was a little boy from the age of 6 all the way til I graduated Highschool at the age of 18, 19... This has Really defamated my character. If Mr. Jeffrey W. Salyer Took away his pride, strife and envy towards me and Did his Job the way he is professionally trained and Skilled to do. Then I Wouldn't be bringing this up against him and I wouldn't be Serving the rest of my Life in prison without the possibility of Parole. Because of his under the table, underhanded Betrayal, and Working with the D.A Steve Giddeons and Assistant D.A. Christina Kilgore behind my back. I have ~~have~~ To Suffer Their Wrath and Vengeance against me. I feel like this what he have done to me have made a mockery of this Justice System. He is wrong for what he did to me and my Family. This Indeed was a miscarriage of Justice due to his Actions.

ATTACH #6

If Mr. Salyer didn't want to represent me truthfully and honestly then he shouldn't have took my case. But it was to his personal Interest, his personal feelings and Emotions that he misrepresented me, his negligence, him engaging in conduct involving dishonesty, Fraud and deceit cost me my life. He knew from the beginning to the End what his plans was towards me. He even knew what the D.A. Steve Giddeons plans were. How? During Jury voir dire of a panel of 79 residents of Talladega County for my trial, In which Mr. Salyer did conduct. Out of 79, 14 Jurors was picked because it is a Captial case. Of the 14 only 3 blacks were picked. Just like I know and Mr. Salyer know why only 3 blacks were picked. The D.A. Steve Giddeons made a statement to him Saying Exactly "I am going to leave 3 on there to make it fair." I knew what that means Just like Mr. Salyer knew what that means. It showed. I was sitting next to Mr. Salyer and my Co-Counsel bill Barnett was sitting next to me. So I did in fact here this comment/statement made to Mr. Salyer by Steve Giddeons the D.A.. what did Mr. Salyer do? He did nothing. He should have addressed the trial Court about this improper comment made by the State, due to the fact that the victim Mr. Robert B. Lazenby was white and I am a black man being Accused and tried for the murder of Mr. Lazenby. The odds against me were Already High because the D.A. Steve Giddeons and Assistant D.A. Christina Kilgore didn't want to Recuse themselves like Both Circuit Judges did from this county. Then by the prosecutors, The trial Judge and my defense team being white and friends with the victim. Odds were already stacked against me. I had 9-whites and 3-blacks that were Jurors in the stand, And as my →

ATTACH # (7)

2. Alternate's they were white. So if anything were to happen to the 3. blacks like illness or sickness or anything can happen. 1. or 2. of them. Then the 2. Alternate's has got to step In. What would Mr. Salyer would have did then? By All this prejudice and Bias and negligence against me. He probably wouldn't did nothing Just went with the Flow of things like he been doing. I ask Mr. Salyer to strike off one particular ~~Juror~~ Juror by the name of Mrs. Krissy King. who was Employed at the Sylacauga courthouse where the victim Mr. Lazenby sometimes if not majority conducted cases there. I ask him to strike her because I know that she knew the victim regardless if she said she didn't. It's a Lie if she said she didn't. why? when the D.A. showed Pictures of the victim Laying in a pool of blood and giving his Closing Arguments. She Shared Strong Emotional Feelings by Tearing up. But at striking Phase I Asked him why did he leave her on there he said she was showing him good eye contact. So She Showing you good eye Contact is what Mr. Salyer Replied to me. my question is this? He Left Krissy King on my Jury panel, but how many black people did he strike off? The D.A Steve Giddeons already addressed to him that he was leaving 3 to make it fair. That's why Mr. Salyer Should have filed the Motion for a Change in Venue to Assure that I had a Fair and Impartial trial. But did He? No. Mr. Jeffrey W. Salyer is wrong and he know he is wrong for this and He must pay for his unjust, Negligent Actions, Just like a Criminal if Convicted must pay for their Actions. I was convicted of a crime that was Assured by my trial Lawyer and D.A. Steve Giddeons. And Sentenced to Life without the possibility of parole thanks to the

ATTACH #8

Honorable Judge Rochester, a retired Judge brought in by the Alabama Supreme Court to trial this case. The prosecution wanted me put to death and kept pushing it. Just me put to death nobody else. Judge Rochester told the D.A. Steve Giddeons that he was not going to do that, due to the **Fact** that there is other co-defendants and the prosecution is not asking for death towards them yet Just me. Even from the beginning, before trial that's all the D.A. was wanting. Death. Eye for An Eye. I didn't have Nothing to do with it. But by it being tried in Talladega County and by me having a prejudice and Bias Lawyer and prejudice and Bias prosecutor I didn't have a fair chance. **Not At All.** Little things that could have been done fairly by my Lawyer, Mr. Salyer would have avoided bigger problems. Especially for me and my family. Especially my mom and my grandma who know me better than anybody. My neighbors out of my community who been knowing me all my life. Know me better than this. The only thing that Mr. Salyer wanted was Justice for the murder of Mr. Robert B. Lazenby. To Assure that I get convicted and that the community of Sylacauga and Talladega County was satisfied for now. I believe that Mr. Salyer were afraid to represent me Truthfully and Honestly because of what the Employees of the Courthouses of Talladega and Sylacauga would think of him and The D.A Steve Giddeons and Assistant D.A Christina Kilgore would think of him. But mainly the residents of Talladega County and the Community of Sylacauga where the deceased Lawyer Lived would think of him, Especially by him being court-Appointed. So he did what he had to do for an Assurance of a Conviction. Because Mr. Salyer knew, it really didn't matter to him, If I was

ATTACH #(9)

Convicted or Not. It's Just Another Job to him. He is going to get paid Either way. He is a disgrace to the Legal System and I am a victim of his Actions. Life without parole, and I am willing to go all the way against him for what he did to me and my family. I am willing to Even take a Lie Detector Test to prove Every Allegation and Complaint I brought up against him. I don't Like for people to play with my Life in their hands and my trust in him as my Lawyer to derail me like he did. Like I said Earlier in this Complaint. He made a mockery of this Justice System and this has Caused me not to trust No Lawyer period. Because of his Negligence. My question is this "Is this what the Justice System and Legal System Consist of."? "Is it Okay for A Court officer of the Law Rather Paid or Appointed by the Court System to misrepresent and ~~negligent~~ Neglect their Client due to there Own prejudice and Bias Conduct?"...

Sincerely,<br>
Ocie Lee Lynch<br>
Ocie Lee Lynch

# V. RELIEF

ATTACHMENT Number #

10

ATTach #(10)

Irresponsible representation and knowly and Abuse his position As a Court officer of the Law to defend those who can't.

2.) I want a Paid Lawyer provided to me at no cost to me. (Either State - or - Federal). Preferably a Federal Lawyer that handles captial murder cases, To represent me and Fix this major problem caused by Mr. Salyer. A Lawyer who will Represent me Honestly, Truthfully, is of Trustworthy, No Prejudice, No bias, and No misconduct period. No matter what the case at hand may be.

3.) I want Disciplinary Actions brought up against him.

4.) I want All Court Cost, Filing Fee's and Any other Fee's Paid by him. No cost to me.

5.) And Since I am incacerated, in Lock-up I need a Lawyer to oversee this suit. If needed... Preferably Appointed by this Honorable Court.

6.) Any other Actions that is deserved to me and my family against Mr. Jeffrey W. Salyer for his misconduct and deceitful Actions against/Towards me.

Thank You,
Ocie Lee Lynch
Ocie Lee Lynch